FILED

APR 27 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| SHARON HOWARD and FRANK HOWARD,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERSTATE DISTRIBUTOR CO., CHARLES BROWN, and JOHN DOES 1 through 10,<br><br>Defendants. | No. CV 18-14-BU-SEH<br><br>ORDER |

The Court's Order setting this matter for preliminary pretrial conference at 11:00 a.m. on May 3, 2018, was issued on March 21, 2018.[1]

The Order required that each party's preliminary pretrial statement strictly comply with each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1).

---

[1] Doc. 5.

-1-

The Plaintiffs' preliminary pretrial statement,[2] filed April 24, 2018, is deficient in at least the following particulars:

1. It fails to comply with the disclosure requirements of L.R. 16.2(b)(1)(D), (F), (G), and (J).

2. It fails to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(1)(A)(i).

ORDERED:

Plaintiffs shall file an amended preliminary pretrial statement, addressing with strict compliance each matter listed in L.R. 16.2(b)(1)(D), (F), (G), and (J) and Fed. R. Civ. P. 26(a)(1)(A)(i) on or before May 1, 2018. Failure to file an amended preliminary pretrial statement in full compliance with the terms of this Order could result, without motion, in the imposition of sanctions.

DATED this 27th day of April, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 9.