IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



APR 0 4 2019

Clerk, U S District Court
District Of Montana
Helena

| | | |
|---|---|---|
| SHARON HOWARD and FRANK HOWARD, | * * * | No. CV-18-14-BU-SEH |
| | * | **ORDER OF DISMISSAL WITH** |
| Plaintiffs, | * | **PREJUDICE** |
| v. | * * | |
| INTERSTATE DISTRIBUTOR CO., CHARLES BROWN, and JOHN DOES 1 through 10, | * * * * | |
| Defendants. | * * | |

Pursuant to the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

DATED this 4th day of April, 2019.

SAM E. HADDON
United States District Court